BEFORE THE SECOND DIVISION, JULY 5, 1939

No. 41780.—Protest 975721 of S. Stern (New York).

Opinion by Tilson, J. From the evidence it was found that certain items consist of trimmings, embroidered. The claim at 75 percent under paragraph 1430 was therefore sustained.